IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

    Plaintiff

v.

STEVEN BALLINGER

    Defendant                                  Case No. 10-cr-30095-DRH

### ORDER

**HERNDON, Chief Judge:**

        Before the Court is the Government's Motion for Disclosure of Grand Jury Testimony (Doc. 24), in which it seeks authorization to disclose these grand jury materials to the defense. Said Motion (Doc. 24) is **GRANTED** pursuant to **FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)(3)(E)(i)**. The Government shall disclose to Defendant's counsel the grand jury testimony of Special Agent Aaron Chapman, finding that it constitutes Jenks Act material. In addition, the Court notes the Government has also recently filed two motions in limine (Docs. 25 & 26). The Court hereby **DIRECTS** Defendant to file his Response by **Friday, October 8, 2010**.

        **IT IS SO ORDERED.**

        Signed this 1st day of October, 2010.

                                    /s/    David R Herndon
                                    **Chief Judge
                                    United States District Court**